Yitzchak Zelman, Esq.
California Bar No. 350053
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, NJ 07712
Tel: (732) 695-3282
Fax: (732) 298-6256
Email: yzelman@marcuszelman.com
Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| LAQUAN HOWARD,<br><br>Plaintiff,<br><br>v.<br><br>MONARCH RECOVERY MANAGEMENT,<br><br>Defendant. | Case No. 5:25-cv-02356-CV-DTB |

### NOTICE OF SETTLEMENT AS TO DEFENDANT MONARCH RECOVERY MANAGEMENT

COMES NOW, Plaintiff LaQuan Howard, by and through the undersigned counsel, and gives notice to the court that a settlement has been reached between the Plaintiff and Defendant Monarch Recovery Management in this matter.

1. Plaintiff and Defendant Monarch Recovery Management have settled the matters in controversy in principle between the two parties and are in the process

of finalizing their settlement of this matter as to Defendant Monarch Recovery Management.

2.      Plaintiff and Defendant Monarch Recovery Management expect to file a notice of voluntary dismissal with prejudice as to Defendant Monarch Recovery Management only, within the next 60 days as part of that settlement.

3.      Plaintiff and Defendant Monarch Recovery Management request a stay of 60 days to allow the parties time in which to finalize the settlement agreement, procure all necessary signatures, and allow Plaintiff and Defendant Monarch Recovery Management adequate time to fulfill the terms of the settlement agreement in their entirety.

WHEREFORE the Plaintiff respectfully requests that the Court vacate case deadlines and court dates pertaining only to Defendant Monarch Recovery Management and allow Plaintiff and Defendant Monarch Recovery Management 60 days in which to file a notice of voluntary dismissal as to Defendant Monarch Recovery Management, along with any other relief the Court deems just and proper.

Dated: October 15, 2025

Respectfully Submitted,

**MARCUS & ZELMAN, LLC**

By:     /s/ Yitzchak Zelman
        Yitzchak Zelman, Esq.
        California Bar No. 350053
        MARCUS & ZELMAN, LLC
        701 Cookman Avenue, Suite 300
        Asbury Park, NJ 07712

Tel: 732-695-3282
Fax: 732-298-6256
Email: yzelman@marcuszelman.com
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I, Yitzchak Zelman, hereby certify that on this Wednesday, October 15, 2025 a copy of the foregoing document has been sent to all counsel of record via this Court's CM/ECF filing system.

/s/ Yitzchak Zelman